**In the Interest of D.W.L.G., Plaintiff.**

**S.L.W. and H.W., Respondents,**

v.

**T.G., Appellant**

**J.G., Defendant**

**John Doe, Defendant.**

**No. WD 67750.**

Missouri Court of Appeals,
Western District.

Sept. 11, 2007.

Debra L. Moore, Independence, MO, for Appellant.

James A. Waits, Kansas City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., PAUL M. SPINDEN, and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM.

T.G. appeals from the judgment of the circuit court denying her motion to set aside the default judgment under Rule 74.05(d).

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).